NINA WILDER (SBN 100474)
LAW OFFICES OF WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Tel. (415) 431-3472
Fax: (415) 552-2703
E-Mail: ninawilder@aol.com

Attorneys for Petitioner
Petitioner Tommy Lee Fryman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE FRYMAN,<br><br>Petitioner,<br><br>vs.<br><br>W. A. DUNCAN, Warden, et al.,<br><br>Respondent. | No. C-05-156-MHP (PR)<br><br>**MOTION TO AMEND BRIEFING SCHEDULE; ORDER** |

Petitioner Tommy Lee Fryman moves the Court to amend the briefing schedule as follows:

Petitioner's Amended Petition for Writ of Habeas Corpus will be due **June 11, 2007**. Respondent's Amended Answer or motions will be due **July 16, 2007**. If no motions are filed, a further status hearing may be held on a date convenient to the Court.

Although counsel had anticipated that the previous request for an extension would be the last, and had so represented to the Court, upon receiving the materials from the Stanford Law Clinic, counsel determined that additional work, more than had been anticipated, was required. For example, there remain outstanding records which are essential to the preparation of the amended petition. Because these records are voluminous, copying will not be completed for at least another week. In the meantime, counsel has to attend to family affairs outside the state.

While counsel currently expects to be away only one week, additional time may be needed to resolve the matter.

Counsel has communicated the reasons for the extension to Mr. Fryman. Counsel has also discussed the extension request with Peggy Ruffra, the Federal Habeas Team Leader at the Attorney General's Office. She has no objection to the extension. No new Deputy Attorney General has been assigned to the case in the place of Morris Lenk.

Accordingly, counsel requests, on Petitioner Tommy Lee Fryman's behalf, that the briefing schedule in this case be amended as requested.

Undersigned counsel states under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of May, 2007 in the City and County of San Francisco.

Respectfully submitted,

/s/ Nina Wilder
NINA WILDER
Attorney for Petitioner
TOMMY LEE FRYMAN

IT IS SO ORDERED.

Dated: May 18, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA