NINA WILDER (SBN 100474)
LAW OFFICES OF WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Tel.   (415) 431-3472
Fax.   (415) 552-2703
E-Mail: ninawilder@aol.com

MICHAEL ROMANO (SBN 232102)
THOMAS NOSEWICZ (Law Student)
SHUBHRA SHIVPURI (Law Student)
STANFORD LAW SCHOOL
Criminal Defense Clinic
559 Nathon Abbot Way
Stanford, CA 94305

Attorneys for Petitioner,
TOMMY LEE FRYMAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE FRYMAN,<br><br>   Petitioner,<br><br>vs.<br><br>W.A. DUNCAN, Warden, et al.,<br><br>   Respondent. | No. C-05-0156-MHP<br><br>**REQUEST FOR LEAVE TO FILE OVERSIZED MEMORANDUM OF POINTS AND AUTHORITIES; ORDER** |

    Petitioner Tommy Lee Fryman hereby requests permission to file a memorandum supporting his Amended Petitioner which is 37 pages long. The additional length is needed to fully present Petitioner's claims under the Equal Protection Clause and the Eighth Amendment. The equal protection issue is one of first impression in this court, and thus requires an extended analysis of controlling federal law and the underlying state court decision. The Eighth

REQUEST FOR LEAVE TO FILE OVERSIZED
MEMORANDUM OF PS & AS (C-05-156-MHP)                    1

1  Amendment claim is lengthy because it is fact-sensitive, including an intrajurisdictional and
2  interjurisdictional analysis, and the relevant facts are thus quite numerous.
3      As a general matter, memoranda in habeas corpus matters tend to be long because the
4  procedural and factual background of these case often consume many pages, and as here, where
5  the petition is brought by state prisoner, the additional AEDPA issues are often complicated.
6      Petitioner originally filed in *pro se*, and his points and authorities were very skeletal.
7  Accordingly, Petitioner respectfully urges the Court to accept the Amended Petition with the
8  supporting memorandum of points and authorities at its current length.
9  Dated: June 11, 2007                    Respectfully submitted,

12                     /s/ Nina Wilder
                       NINA WILDER
13                     Attorney for Petitioner
                       TOMMY LEE FRYMAN

14              **ORDER**

16      For the reasons stated above and good cause appearing therefor,
17      Petitioner's request to file an oversized memorandum of points and authorities in support
18  of his Amended Petition is granted.

20  Dated: June 21, 2007



IT IS SO ORDERED
MARILYN HALL PATEL
Judge Marilyn H. Patel

26  REQUEST FOR LEAVE TO FILE OVERSIZED
    MEMORANDUM OF PS & AS (C-05-156-MHP)          2