NINA WILDER (SBN 100474)
LAW OFFICES OF WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Tel. (415) 431-3472
Fax: (415) 552-2703
E-Mail: ninawilder@aol.com

Attorneys for Petitioner
Petitioner Tommy Lee Fryman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE FRYMAN, ) | No. C-05-156-MHP |
| Petitioner, ) | |
| vs. ) | STIPULATION TO EXTEND TIME TO FILE PETITIONER'S REPLY BRIEF; ORDER |
| W. A. DUNCAN, Warden, et al., ) | |
| Respondent. ) | |

IT IS HEREBY AGREED by the parties, through their undersigned attorneys, that the date for filing Petitioner Tommy Lee Fryman's Traverse/Reply shall be extended to September 28, 2007, in consideration of counsel for Petitioner's schedule which includes, among other responsibilities, filing an expedited opening brief in the Ninth Circuit, and an opening brief and habeas corpus petition in the California Court of Appeal within the next three weeks.

Respectfully submitted,

Dated: August 28, 2007         ATTORNEY GENERAL OF STATE OF CALIFORNIA

/s/ Peggy Ruffra*
PEGGY RUFFRA
Supervising Deputy Attorney General
Attorneys for Respondent

\* Petitioner's counsel authorized to e-sign for Respondent.

MOTION FOR EXTENSION OF TIME TO FILE
REPLY; ORDER (C-05-156-MHP)                1

Dated: August 28, 2007    WEINBERG & WILDER

/s/ Nina Wilder
NINA WILDER
Attorney for Petitioner
TOMMY LEE FRYMAN

IT IS SO ORDERED.

Dated: 8/29/2007

HONORABLE MARILYN H. PATEL
United States District Judge

