NINA WILDER (SBN 100474)
LAW OFFICES OF WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Tel. (415) 431-3472
Fax: (415) 552-2703
E-Mail: ninawilder@aol.com

Attorneys for Petitioner
Petitioner Tommy Lee Fryman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY LEE FRYMAN, ) | No. C-05-156-MHP |
| Petitioner, ) | |
| vs. ) | *AMENDED* MOTION TO EXTEND TIME TO FILE PETITIONER'S SUPPLEMENTAL TRAVERSE/REPLY; [~~Proposed~~] ORDER |
| W. A. DUNCAN, Warden, et al., ) | |
| Respondent. ) | |

Petitioner Tommy Lee Fryman moves the Court to extend the date for filing his supplemental traverse/reply to Respondent's Second Supplemental Answer to **November 26, 2008**. Petitioner previously applied for a forty-five day extension to November 24, 2008. However, due to illness in habeas counsel's office, it will require an additional two days to finalize and file the supplemental pleading. Habeas counsel has spoken to the state's attorney, Peggy Ruffra, and she has no objection to the requested two-day extension.

Accordingly, for the reasons set forth in Petitioner's prior application for an extension, as well as the explanation set forth herein, the Court is respectfully urged to grant this request for an extension of time to file Petitioner's supplemental traverse/reply to **November 26, 2008**.

///

///

1  Executed under penalty of perjury this 24th day of November, 2008 at San Francisco,
2  California.

/s/ Nina Wilder
NINA WILDER
Attorney for Petitioner
TOMMY LEE FRYMAN

IT IS SO ORDERED.

Dated:   11/25/2008



IT IS SO ORDERED
Judge Marilyn H. Patel